# In the United States Court of Federal Claims
**OFFICE OF SPECIAL MASTERS**
No. 23-0087V

|  |  |
|---|---|
| EDWARD L. AMAN,<br><br>               Petitioner,<br>v.<br><br>SECRETARY OF HEALTH AND<br>HUMAN SERVICES,<br><br>               Respondent. | Chief Special Master Corcoran<br><br>Filed: November 8, 2023 |

*Matthew F. Belanger, Faraci Lange, LLP, Rochester, NY, for Petitioner.*

*Joseph Douglas Leavitt, U.S. Department of Justice, Washington, DC, for Respondent.*

## **DECISION AWARDING DAMAGES**[1]

On January 23, 2023, Edward L. Aman filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*[2] (the "Vaccine Act"). Petitioner alleges that he suffered Guillain-Barré syndrome ("GBS") as a result of an influenza ("flu") vaccine he received on September 23, 2020. Petition at 1. The case was assigned to the Special Processing Unit of the Office of Special Masters.

On August 2, 2023, a ruling on entitlement was issued, finding Petitioner entitled to compensation for GBS. On November 7, 2023, Respondent filed a proffer on award of compensation ("Proffer") indicating Petitioner should be awarded $141,617.70 (comprised of $135,000.00 in pain and suffering and $6,617.70 in past unreimbursable expenses). Proffer at 1-2. In the Proffer, Respondent represented that Petitioner agrees

---

[1] Because this Decision contains a reasoned explanation for the action taken in this case, it must be made publicly accessible and will be posted on the United States Court of Federal Claims' website, and/or at https://www.govinfo.gov/app/collection/uscourts/national/cofc, in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2018) (Federal Management and Promotion of Electronic Government Services). **This means the Decision will be available to anyone with access to the internet.** In accordance with Vaccine Rule 18(b), Petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, I agree that the identified material fits within this definition, I will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all section references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2018).

with the proffered award. *Id.* Based on the record as a whole, I find that Petitioner is entitled to an award as stated in the Proffer.

Pursuant to the terms stated in the attached Proffer, **I award Petitioner a lump sum payment of $141,617.70 (comprised of $135,000.00 in pain and suffering and $6,617.70 in past unreimbursable expenses) in the form of a check payable to Petitioner.** This amount represents compensation for all damages that would be available under Section 15(a).

The Clerk of Court is directed to enter judgment in accordance with this decision.[3]

**IT IS SO ORDERED.**

<u>s/Brian H. Corcoran</u>
Brian H. Corcoran
Chief Special Master

---

[3] Pursuant to Vaccine Rule 11(a), entry of judgment can be expedited by the parties' joint filing of notice renouncing the right to seek review.

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
## OFFICE OF SPECIAL MASTERS

| | |
|---|---|
| EDWARD L. AMAN, | |
| Petitioner, | |
| v. | No. 23-87V (ECF) |
| SECRETARY OF HEALTH AND HUMAN SERVICES, | Chief Special Master Corcoran |
| Respondent. | |

### RESPONDENT'S PROFFER ON AWARD OF COMPENSATION

On January 23, 2023, Edward L. Aman ("petitioner") filed a petition for compensation under the National Childhood Vaccine Injury Act of 1986, as amended ("the Vaccine Act" or "the Act"), 42 U.S.C. §§ 300aa-1 to -34, alleging that he suffered Guillain-Barré Syndrome ("GBS"), as defined in the Vaccine Injury Table, following administration of an influenza vaccine that he received on September 23, 2020.  ECF No. 1 at 1.  On July 28, 2023, respondent filed a Rule 4(c) Report, concluding that petitioner suffered GBS as defined by the Vaccine Injury Table within the Table timeframe and recommending that this Court enter a ruling finding petitioner entitled to compensation.  *See* ECF No. 16 at 1, 3-4.  On August 2, 2023, Chief Special Master Corcoran issued a Ruling on Entitlement, finding that petitioner was entitled to compensation.  ECF No. 17 at 2.

**I.    Items of Compensation**

    a.   <u>Pain and Suffering</u>

Respondent proffers that petitioner should be awarded **$135,000.00** in pain and suffering.  *See* 42 U.S.C. § 300aa-15(a)(4).  Petitioner agrees.

b. <u>Past Unreimbursable Expenses</u>

Evidence supplied by petitioner documents that he incurred past unreimbursable expenses pertaining to his vaccine-related injury. Respondent proffers that petitioner should be awarded past unreimbursable expenses in the amount of **$6,617.70**. *See* 42 U.S.C. § 300aa-15(a)(1)(B). Petitioner agrees.

These amounts represent all elements of compensation to which petitioner is entitled under 42 U.S.C. § 300aa-15(a). Petitioner agrees.

**II.  Form of the Award**

Petitioner is a competent adult. Evidence of guardianship is not required in this case. Respondent recommends that the compensation provided to petitioner should be made through a lump sum payment as described below and requests that the Chief Special Master's decision and the Court's judgment award the following:[1] a lump sum payment of **$141,617.70**, in the form of a check payable to petitioner.

**III.  Summary of Recommended Payment Following Judgment**

Lump sum payable to petitioner, Edward L. Aman:  **$141,617.70**

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

C. SALVATORE D'ALESSIO
Director
Torts Branch, Civil Division

---

[1] Should petitioner die prior to entry of judgment, the parties reserve the right to move the Court for appropriate relief. In particular, respondent would oppose any award for future lost earnings and future pain and suffering.

2

                                                      HEATHER L. PEARLMAN
                                                      Deputy Director
                                                      Torts Branch, Civil Division

                                                      TRACI R. PATTON
                                                      Assistant Director
                                                      Torts Branch, Civil Division

                                                      <u>/s/ *Joseph Leavitt*</u>
                                                      JOSEPH D. LEAVITT
                                                      Trial Attorney
                                                      Torts Branch, Civil Division
                                                      U.S. Department of Justice
                                                      P.O. Box 146
                                                      Ben Franklin Station
                                                      Washington, D.C.  20044-0146
                                                      Tel: (202) 616-0515
                                                      Email: joseph.leavitt@usdoj.gov

Dated: November 7, 2023